DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY ARIAS,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, CONSTRUCTION INDUSTRY LICENSING BOARD,**
Appellee.

No. 4D19-1254

[November 14, 2019]

Appeal from the State of Florida, Construction Industry Licensing Board; Keith O. Lawson II, Chair; L.T. Case No. 2019-03266.

Gregory Arias, Royal Palm Beach, pro se.

Ashley Moody, Attorney General, and Marlene K. Stern, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***